IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-51-H

SHASITY DARSHAL RICHARDSON )
and JOHNATHAN RICHARDSON, )
 )
   Plaintiffs, )
 )
  v. ) **ORDER**
 )
SAMSUNG ELECTRONICS CO. LTD, )
et al., )
 )

   Defendants

This matter is before the court on defendants' motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. [DE #19]. Plaintiffs have responded [DE #25] and defendants have replied [DE #27]. Magistrate Judge Kimberly A. Swank filed an Order and Memorandum and Recommendation ("M&R") on December 5, 2018, recommending that defendants' motion be granted. Plaintiffs have not objected or otherwise responded to the M&R, and the time for objection has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved. Accordingly, the court adopts the recommendation of the magistrate judge as its own. For the reasons stated therein, defendants' motion for judgment on the pleadings

[DE #19] is GRANTED, and this matter is dismissed. The clerk is directed to close this case.

This  17th  day of January 2019.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26